UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

FRANK A. RUDECOFF,                                      CIVIL NO. 15-4136 (PJS/JSM)

    Plaintiff,

v.                                                                            ORDER

CHELSEA PARK; THE GOVERNMENT
OF MEXICO; DONALD LOPEZ; DANIEL
ORTIZ; and TITLE EXPERTS, INC.,

    Defendants.

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron dated December 21, 2015. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED that this action is DISMISSED WITHOUT PREJUDICE under Fed. R. Civ. P. 41(b) for failure to prosecute.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: 01/13/16

                                              s/Patrick J. Schiltz
                                              PATRICK J. SCHILTZ
                                              United States District Court Judge